UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

L.F. FINGERHUT, an infant,
by Emily Fingerhut, her mother, and

EMILY FINGERHUT, Individually,

                        Plaintiffs,

                -vs-                                          07-CV-502-JTC

CHAUTAUQUA INSTITUTION
CORPORATION, INC.,

                        Defendant.

---

Upon consideration of the matters set forth in the submissions on file relative to defendant's renewed motion to compel and for amendment of the case management order (Item 103), the motion is granted, and the following is ordered:

1. Plaintiffs' counsel is directed to provide defendant's counsel with the underlying source material and authorship information regarding the three-page document titled "Lori Fingerhut Future Medical," which was previously produced by plaintiffs as part of the expert disclosure required by Fed. R. Civ. P. 26(a)(2) (and in response to defendant's prior motion to compel; *see* Item 100), on or before July 10. 2015.

2. On or before July 24, 2015, counsel for plaintiffs shall provide defense counsel with at least 10 held-open dates through December 30, 2015, for depositions of all liability and damages experts to be deposed in the case.

3.    On or before August 7, 2015, counsel for defendant shall plaintiffs' counsel with a proposed schedule for conducting the expert depositions.

4.    On or before September 11, 2015, defendant shall produce its damages expert reports, if any.

5    All expert depositions shall be completed by December 30, 2015.

So ordered.

\s\ John T. Curtin
JOHN T. CURTIN
United States District Judge

Dated:   June 25, 2015
p:\pending\2007\07-502.jun25.2015